UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ANDY P VONGDALA,<br><br>　　　Defendant. | CASE NO. MJ24-306<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

1. Possession of Controlled Substances with Intent to Distribute

2. Possession of a Firearm in Furtherance of a Drug Trafficking Crime

3. Possession of Controlled Substances with Intent to Distribute

<u>Date of Detention Hearing</u>:   June 5, 2024.

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant has a continuing criminal history in excess of 20 years, involving convictions for robbery, firearms, and attempting to elude a police vehicle. The nature and circumstances of the charged offense involve significant quantities of controlled substances that Defendant both allegedly distributed and possessed in his residence, along with firearms and ammunition.

3. Defendant has a history of failing to comply with supervision, for example while previously under DOC supervision he made himself unavailable for supervision on three occasions and was returned to custody six times. Defendant was under Court supervision at the time of this alleged crime, and was found in the possession of methamphetamine at the time of his most recent arrest. Defendant is a risk of flight based upon his conviction for attempting to elude, his failures to appear, and his prior failures under supervision. He is a danger to the community based upon the fact that the alleged conduct involves the possession and distribution of large amounts of controlled substances coupled with the possession of firearms, and based upon his criminal history which involves both violence and firearm possession.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 6th day of June, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3